UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIA PINKARD,<br><br>                                  Plaintiff,<br><br>     -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; THE NEW YORK CITY LAW DEPT.; MADELINE KNUTSA, AS COUNSEL,<br><br>                                  Defendants. | 24-CV-6018 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 4, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 4, 2024
           New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge